

## O'CONNOR & O'CONNOR
### ATTORNEYS AT LAW

7 BAYVIEW AVENUE
NORTHPORT, NEW YORK 11768

THOMAS M. O'CONNOR*
PATRICIA A. O'CONNOR

TANYA M. DeMAIO
MICHAEL FEINER
JOSEPH T. O'CONNOR
RICHARD SHERIDAN
MARY A. BOLEN#
MAKAYLA McDERMOTT+

(631) 261-7778
Fax (631) 261-6411

Of Counsel
CRAIG J. TORTORA
ROBERT C. POLIZZO, JR.
MARK R. GUARRIELLO

\* Also Admitted to Connecticut Bar
\# Admitted to Nevada Bar
+ Admitted to Connecticut Bar
* Also Admitted to New Jersey Bar

Hon. Judge Kenneth M. Karas
Via ECF

Re:  Yvette Silvestri v. Wal-Mart Stores East, LP
     Docket No.: 23 CV 11075

Honorable Sir:

Plaintiff in the referenced matter has stipulated to capping damages at $74,999, destroying diversity. The parties respectfully request that the matter be remanded to state court.

Respectfully submitted,

O'CONNOR & O'CONNOR, ESQS.

*Patricia A O'Connor* (signature)

Patricia A. O'Connor

In light of the stipulation noted herein, the case is remanded to state court.

So Ordered.
(signature)
1/31/24